**Dismiss and Opinion Filed November 12, 2024**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00921-CV**

**TREVOR SCOTT, Appellant**
**V.**
**5765 BOZEMAN (TX) OWNER LP DBA LEGACY NORTH, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-01642-2024**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Carlyle

The filing fee, docketing statement, and clerk's record in this case are overdue.

By postcards dated August 5, 2024 and August 26, 2024, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By postcard dated August 5, 2024, we notified appellant his docketing statement was due and directed him to file the docketing statement within ten days. By letter dated October 17, 2024, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed

appellant to provide, within ten days, verification he (1) had either paid for or made arrangements to pay for the clerk's record, or (2) is entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Cory L. Carlyle/

240921f.p05
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

TREVOR SCOTT, Appellant

No. 05-24-00921-CV       V.

5765 BOZEMAN (TX) OWNER LP
DBA LEGACY NORTH, Appellee

On Appeal from the County Court at
Law No. 7, Collin County, Texas
Trial Court Cause No. 007-01642-
2024.
Opinion delivered by Justice Carlyle.
Justices Reichek and Nowell
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 12th day of November, 2024.